■ In the Matter of the Claim of EDWIN BERGSTROM, Appellant, v. RATHBURN & BIRD CO., INC., et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent.— Motion to dismiss appeal granted by default, without costs. Present — Bergan, P. J., Coon, Herlihy, Reynolds and Taylor, JJ.

■ (A) THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. SAMUEL ULISANO, Appellant. (B) MATTHEW FINLAN et al., Appellants, v. EDWARD A. DUVAL et al., Respondents. (C) SAMUEL SPERLING, Respondent, v. BARCLAY HEIGHTS DEVELOPMENT CORPORATION, Appellant.— [In each action] Appeals dismissed, without costs, unless appellants shall file and serve records, briefs and notes of issue for the March 1963 Term on or before February 1, 1963, in which event motions denied. Present — Bergan, P. J., Coon, Herlihy, Reynolds and Taylor, JJ.

■ RICHARD FRIEDMAN, Appellant, v. MARTIN P. CATHERWOOD, as Industrial Commissioner, Respondent.— Permission to prosecute appeal as poor person granted. Appeal may be perfected upon one typewritten copy of the record and five typewritten copies of the brief. Present — Bergan, P. J., Coon, Herlihy, Reynolds and Taylor, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. MERRITT E. BASHAW, Appellant, v. ROSS E. HEROLD, as Director of Dannemora State Hospital, Respondent.— Permission to prosecute appeal as poor person granted. Appeal may be perfected upon one typewritten copy of the record and five typewritten copies of the brief. Time to perfect appeal extended 90 days. Motion in all other respects denied. Present — Bergan, P. J., Coon, Herlihy, Reynolds and Taylor, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. FRANCIS JOSEPH RYAN, Appellant.— Time to perfect appeals extended 90 days. Present — Bergan, P. J., Coon, Herlihy, Reynolds and Taylor, JJ.

■ (A) THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ALBERT H. HARRIS, Appellant. (B) THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ROBERT ALLISON BRISTOL, Appellant. (C) THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. KENNETH V. LEWIS, Appellant.— [In each action] Permission to prosecute appeals as poor persons granted. Appeals may be perfected upon one typewritten copy of the records and five typewritten copies of the briefs. Motions in all other respects denied. Present — Bergan, P. J., Coon, Herlihy, Reynolds and Taylor, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. SANTOS PABELLON MARTINEZ, Appellant.— Application for assignment of counsel denied. Present — Bergan, P. J., Coon, Herlihy, Reynolds and Taylor, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ANTHONY J. ARCIERI, Appellant.— Motion for permission to defend as poor person and for assignment of counsel granted. William M. Gallow, Jr., Esq., Van Etten, N. Y., is hereby assigned as counsel. Present — Bergan, P. J., Coon, Herlihy, Reynolds and Taylor, JJ.